# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MIKKAYLA KING,<br>　　　　Plaintiff<br><br>v.<br><br>IC SYSTEM, INC.<br>　　　　Defendant | )<br>)<br>)<br>) **Case No.:** 1:16-cv-12063<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SETTLEMENT

TO THE CLERK:

　　　　NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: January 11, 2019　　　　　　　　BY: */s/ Craig Thor Kimmel*
　　　　　　　　　　　　　　　　　　　　Craig Thor Kimmel, Esquire
　　　　　　　　　　　　　　　　　　　　Kimmel & Silverman, P.C.
　　　　　　　　　　　　　　　　　　　　30 E. Butler Avenue
　　　　　　　　　　　　　　　　　　　　Ambler, PA 19002
　　　　　　　　　　　　　　　　　　　　Phone: (215) 540-8888
　　　　　　　　　　　　　　　　　　　　Facsimile: 1 (877) 600-2112
　　　　　　　　　　　　　　　　　　　　Email: kimmel@creditlaw.com
　　　　　　　　　　　　　　　　　　　　Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of January, 2019, a true and correct copy of the foregoing pleading was served via ECF to the below:

Jay S. Gregory, Esq.
Gordon & Rees, LLP
21 Custom House Street
5th Floor
Boston, MA 02110
857-263-2000
Fax: 857-264-2836
Email: jgregory@grsm.com

Marion B. Johnston, Esq.
Gordon Rees Scully Mansukhani
21 Custom House Street, 5th Flr.
Boston, MA 02110
857-504-2030
Email: bjohnston@grsm.com

Dated: January 11, 2019                    BY: */s/ Craig Thor Kimmel*
                                                                               Craig Thor Kimmel, Esquire
                                                                               Kimmel & Silverman, P.C.
                                                                               30 E. Butler Avenue
                                                                               Ambler, PA 19002
                                                                               Phone: (215) 540-8888
                                                                               Facsimile: 1 (877) 600-2112
                                                                               Email: kimmel@creditlaw.com
                                                                               Attorney for the Plaintiff