# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MIKKAYLA KING,** </br>       **Plaintiff,** </br> </br> v </br> </br> **IC SYSTEM, INC.** </br>       **Defendant.** | ) </br> ) </br> ) </br> ) </br> ) **C. A. No.: 1:16-cv-12063** </br> ) </br> ) </br> ) </br> ) |

### STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal of this action with prejudice, with each party to bear its own costs and fees, and waiving all rights of appeal.

| | |
|---|---|
| */s* / *Jay S. Gregory* | */s/ Craig Thor Kimmel* |
| Jay S. Gregory, Esq. | Craig Thor Kimmel, Esq. |
| Gordon & Rees, LLP | Kimmel & Silverman, P.C. |
| 21 Custom House Street, 5th Flr | 30 East Butler Pike |
| Boston, MA 02110 | Ambler, PA 19002 |
| 857-263-2000 | 215-540-8888 ext. 148 |
| Fax: 857-264-2836 | Fax: 877-600-2112 |
| jgregory@grsm.com | kimmel@creditlaw.com |
| | |
| Attorney for the Defendant | Attorney for Plaintiff |
| | |
| Date: February 20, 2019 | Date: February 20, 2019 |

BY THE COURT:

_____
                          J.

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 14th day of February, 2019:

Jay S. Gregory, Esq.
Gordon & Rees, LLP
21 Custom House Street, 5th Flr
Boston, MA 02110
jgregory@grsm.com
bjohnston@grsm.com

                                              */s/ Craig Thor Kimmel*
                                              Craig Thor Kimmel, Esq.